

~~SEALED~~ s/ dominicfrank

ORDERED UNSEALED on 10/08/2024  s/ dominicfra

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. **24-mj-03788** |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 21, U.S.C., Sec. 841(a)(1) – Possession of Cocaine with the Intent to Distribute |
| TROY OTHNEIL SMITH, | |
| Defendant. | |

The undersigned complainant being duly sworn states:

### Count 1

On or about September 26, 2024, within the Southern District of California and elsewhere, defendant TROY OTHNEIL SMITH, did knowingly and intentionally possess, with the intent to distribute, a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 18, United States Code, Section 841(a)(1).

The complainant states that this complaint is based on the attached Probable Cause Statement, which is incorporated herein by reference.

_____
Kyle van Gerven, Special Agent
Drug Enforcement Administration

Sworn and attested to under oath by telephone, in accordance with the requirements of Federal Rule of Criminal Procedure 4.1 on this 4th day of October, 2024.

_____
HONORABLE STEVE B. CHU
United States Magistrate Judge

**PROBABLE CAUSE STATEMENT**

1. Based upon an investigation by the Drug Enforcement Administration (DEA), Troy SMITH was identified as a cocaine dealer operating out of the San Diego County area who ships narcotics to North Carolina and other locations yet to be identified. To date, SMITH has utilized U.S. Postal Service (USPS) to mail approximately 1.2 kilograms of cocaine and was arrested for possession of approximately 1 kilogram of cocaine on September 26, 2024.

2. In June 2023, United States Postal Inspectors in North Carolina contacted Postal Inspectors in San Diego regarding the identification of addresses that were receiving parcels from Oceanside, California suspected of containing controlled substances. After further investigation, including but not limited to research of law enforcement databases of names associated with addresses and surveillance footage observed at Post Offices, Postal Inspectors identified SMITH as mailing parcels of narcotics through the USPS. Postal Inspectors contacted San Diego Field Division Narcotics Task Force Team 6 to assist in the investigation.

October 4, 2023: Seizure of 283.9 grams of Cocaine

3. On October 4, 2023, U.S. Postal Inspectors authored a search warrant for a Priority Mail parcel bearing tracking number 9505-5067-1406-3275-3133-01, addressed to "Terry Smith, 111 North 17th Wilmington, NC 28401" and with a return address of "James Egan, 224 S Nevada St. Oceanside, CA 92504" (the "Terry Smith Parcel"). When the warrant was obtained, a search of this package resulted in a seizure of approximately 283.9 grams of a white powdery substance suspected to be cocaine. A laboratory report from the DEA Southwest Laboratory confirmed that the substance seized from this parcel was cocaine.

4. U.S. Postal Service business records revealed that the postage for the Terry Smith Parcel had been purchased on October 2, 2023 from the self-service kiosk at the Carlsbad Post Office in Carlsbad, CA. Postal Inspectors obtained still photographs from the self-service kiosk at the Carlsbad Post Office. Based on SMITH's California driver's license

1 | photo, SMITH was identified as the individual that purchased the postage for the Terry Smith Parcel.

2 | 5. Law enforcement database checks were conducted for the sender and receiver of the Terry Smith Parcel. The checks revealed the sender address of "224 S Nevada St. Oceanside, CA 92504" was a valid address, however the name "James Egan" could not be associated to that address. The receiver address of "111 North 17th, Wilmington, NC 28401" was a valid address, however the name "Terry Smith" could not be associated to that address. Property ownership searches in law enforcement databases for the receiver address of "111 North 17th, Wilmington, NC 28401" list the property owner of both 109 and 111 North 17th, Wilmington, NC 28401 as Troy Othneil SMITH.

October 31, 2023: Seizure of 845 grams of Cocaine

6. On October 31, 2023, U.S. Postal Inspectors authored a search warrant for a Priority Mail parcel bearing tracking number 9505-5066-9596-3298-0436-80, addressed to "Brittany Stevenson, Ste. 120, 6409 Fayetteville Rd., Durham, NC 27713-6297" and with a return address of "Dennis Kintrell, 485 Vandegrift Blvd., Oceanside, CA 92057-4335" (hereinafter "Brittany Stevenson Parcel"). When the warrant was obtained, a search of this parcel resulted in a seizure of approximately 845 grams of a white powdery substance suspected to be cocaine. A laboratory report from the DEA Southwest Laboratory confirmed that the substance seized from this parcel was cocaine.

7. U.S. Postal Service business records revealed that the postage for the Brittany Stevenson Parcel had been purchased on October 25, 2023 from the self-service kiosk at the Vista Post Office in Vista, CA. Postal Inspectors obtained still photographs from the self-service kiosk as well as reviewed surveillance video from the lobby at the Vista Post Office. Based on SMITH's California driver's license photo, SMITH was identified as the individual that purchased the postage for the Brittany Stevenson Parcel and handing the parcel to the retail clerk.

8. Law enforcement database checks were conducted for the sender and receiver of the Brittany Stevenson Parcel. The checks revealed the sender address of "485 Vandegrift

Blvd., Oceanside, CA 92057" was a valid address for the business known as Marieta's Fine Mexican Food and Cocktails Restaurant; however, "Dennis Kintrell" could not be associated to anyone at that location. The receiver address of "6409 Fayetteville Rd., Ste., 120 Durham, NC 27713" was a valid address for a UPS Store, however the shipping label did not list a Private Mail Box Number for this location and the name "Brittany Stevenson" could not be associated to that address. A laboratory report from the DEA Southwest Laboratory confirmed that the substance seized from this parcel was cocaine.

<u>October 31, 2023: Seizure of 255.5 grams of Cocaine</u>

9. On October 31, 2023, U.S. Postal Inspectors authored a search warrant for Priority Mail parcel bearing tracking number 9505-5066-9596-3298-0437-03, addressed to "Jefferey Jackson, 528 Maides Ave., Wilmington, NC 28405-3242" and with a return address of "Dennis Stevens, 485 Vandegrift Blvd., Oceanside, CA 92057-4335" (hereinafter "Jeffrey Jackson Parcel"). When the warrant was obtained, a search of this parcel resulted in a seizure of approximately 255.5 grams of a white powdery substance suspected to be cocaine.

10. U.S. Postal Service business records showed the postage for the Jefferey Jackson Parcel was purchased on October 25, 2023 from the self-service kiosk located at the Vista Post Office in Vista, CA. Postal Inspectors obtained still photographs from the Self-Service Kiosk, as well as reviewed surveillance video from the lobby at the Vista Post Office. Based on SMITH's California driver's license photo, SMITH was identified as the individual that purchased the postage for the Jefferey Jackson Parcel and handing the parcel to the retail clerk.

11. Law enforcement database checks were conducted for the sender and receiver of the Jefferey Jackson Parcel. These checks revealed the sender address of "485 Vandegrift Blvd., Oceanside, CA 92057" was a valid address for the business known as Marieta's Fine Mexican Food and Cocktails Restaurant; however, "Dennis Stevens" could not be associated to anyone at that location. The receiver address of "528 Maides Ave, Wilmington, NC 28405-3242" was a valid address for a residence. The family surname of

Jackson was last associated to that location in May 2022; however, the name "Jefferey Jackson" could not be associated at that location.

### April 18, 2024: SMITH Mails a Package Suspected to Contain Narcotics

12. U.S. Postal Service alerts were put on the above listed addresses, including 111 North 17th Wilmington, NC 28401. During July 2024, Postal Inspectors reviewed historical mail watch records and determined that on April 18, 2024 a Priority Mail parcel had been shipped from the Fallbrook Post Office in Fallbrook, CA to 111 North 17th Wilmington, NC 28401. The parcel was addressed to "Orville Deen, 111 N 17st, Wilmington, NC 28401" and had a return address of "Johnson Automotive, 1139 S Mission Road, Fallbrook, CA 92028" (hereinafter "Orville Deen Parcel").

13. U.S. Postal Inspectors reviewed Fallbrook Post Office surveillance footage from April 18, 2024 and identified SMITH as the individual that mailed the Orville Deen Parcel.

14. Law enforcement database checks were conducted for the sender and receiver of the Orville Deen Parcel. The checks revealed the sender address of "1139 S Mission Road, Fallbrook, CA 92028" was a valid address for a Starbuck's Coffee and T-Mobile authorized retailer. The sender name of "Johnson Automotive" could not be associated to that address. The receiver address of "111 N 17st, Wilmington, NC 28401" was a valid address for a residence, however the receiver name of "Orville Deen" could not be associated to that address. Property ownership searches in law enforcement databases for the receiver address of "111 North 17th, Wilmington, NC 28401" list the property owner of both 109 and 111 North 17th, Wilmington, NC 28401 as Troy Othneil SMITH.

15. Based on my training and experience and the seizures of the aforementioned three parcels, the Orville Deen Parcel likely contained narcotics. I believe that based upon the weight of the package, the use of a fictitious name, address, and sender, as well as the repeat use of the 111 North 17th, Wilmington, NC address that contained cocaine in the past, that this April 18, 2024 parcel contained drugs. Based on my training and experience, I am aware that drug traffickers will use fabricated names and addresses in order to avoid detection from law enforcement when mailing narcotics. With that said, I believe that

SMITH is continuing to mail parcels of narcotics to North Carolina and other locations yet to be identified.

<u>September 26, 2024: Emergency Landing of Plane on Highway 76</u>

16.     According to flight records, a private airplane bearing tail number N1711T departed from San Diego, California at approximately 10:49 a.m. on September 25, 2024. At approximately 6:48 p.m. on September 25, 2024, the airplane landed in Mesa, Arizona. At approximately 11:08 p.m. on September 25, 2024, the airplane departed Mesa, Arizona and headed westward toward California. At approximately 1:28 a.m., the airplane flew past Carlsbad, California, over the Pacific Ocean, and u-turned back toward Oceanside, California. At approximately 1:39 a.m., the airplane made an emergency landing on Highway 76 in Oceanside, California (as shown below).



17.     Based upon information gathered during the investigation, law enforcement learned that the pilot and passenger, later identified as SMITH, began experiencing mechanical issues with the airplane during the flight as it arrived in airspace in San Diego County. The pilot and passenger were planning an ocean landing because the airplane seemed to shut-off and was malfunctioning. They were able to turn the airplane around over the ocean as the airplane and engine began working again. After a short time, the engine shut off a second time, which resulted in the pilot landing the plane on Highway 76 in Oceanside, California.

18. The Oceanside Police Department immediately responded to the scene on Highway 76 and found the pilot and passenger near the airplane. The passenger identified himself to police officers as SMITH. One of the officers on scene noticed SMITH was wearing a backpack and was pacing back-and-forth to the airplane. The officer ordered SMITH to stop going back to the airplane. Then the officer turned his attention away from SMITH, but suddenly heard the unzipping of a backpack. The officer immediately turned his attention toward SMITH, who was near the guardrail on the highway, and observed SMITH reach into the backpack, take something out, and place it in the bushes. The officer ordered SMITH to step away from the guardrail, while another officer went over to the guardrail and found a heat-sealed / air-tight one-kilogram package resting on the ground amongst the bushes. Given the packaging and approximate weight, officers suspected the package contained narcotics. Officers tested the one-kilogram package, which tested positive for the presence of cocaine.

19. After finding the package of cocaine, officers placed SMITH under arrest. Upon patting down SMITH, officers found SMITH in possession of a large amount of cash and a small vial containing a white, powdery substance consistent with cocaine. The vial and powdery substance weighed approximately 11.3 grams and tested positive for the presence of cocaine.

20. Law enforcement conducted a further search of the interior of the airplane. However, no other narcotics were found inside the airplane.

21. An aircraft mechanic arrived on scene to inspect the airplane before it was towed from Highway 76. According to the mechanic, the airplane had two fuel tanks. Upon inspection of the airplane, the mechanic noticed that the fuel gauge selector was set to the empty gas tank, however, there was fuel present in the other tank. This explained why the airplane ran out of gas and had to make an emergency landing on Highway 76.