AO 442 (Rev. 11/11) Arrest Warrant

11724685

FILED

OCT 10 2024

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY AC DEPUTY

# UNITED STATES DISTRICT COURT

for the

Southern District of California

ORDERED UNSEALED on 10/8/2024 s/ melodyqu

SEALED

NOT FOR PUBLIC VIEW

United States of America
v.
TROY OTHNEIL SMITH

Defendant

Case No. **24-mj-03788**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* TROY OTHNEIL SMITH,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

On or about September 26, 2024, within the Southern District of California and elsewhere, defendant TROY OTHNEIL SMITH, did knowingly and intentionally possess, with the intent to distribute, a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance , in violation of Title 18, United States Code, Section 841(a)(1).

DATE: 10-8-2024
ARRESTED BY: In court.
STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY:

Date: 10/04/2024

*Issuing officer's signature*

City and state: San Diego, California

Steve B. Chu, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

**Return**

This warrant was received on *(date)* ______, and the person was arrested on *(date)* ______
at *(city and state)* ______.

Date: ______

*Arresting officer's signature*

*Printed name and title*